IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMBERTON APARTMENTS JV § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 5:20-CV-01065-JKP |
| ASI LLOYDS AND § | |
| IAS CLAIM SERVICES, INC. § | |
| § | |
| *Defendants* § | |

## JOINT ADVISORY REGARDING MEDIATION AND ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT

Plaintiff, Amberton Apartments JV ("Amberton"), and Defendants, ASI Lloyds and IAS Claim Services, Inc. (collectively, the "Parties"), pursuant to the Court's Order of December 14, 2020 (Dkt.38) and the Court's Scheduling Order (Dkt. 25), and in accordance with Local Rule CV-88, file this Joint Advisory Regarding Mediation and Alternative Dispute Resolution Report, respectfully showing the Court as follows:

### INFORMATION REQUIRED BY RULE CV-88(b)

**1. Status of Mediation and Settlement Negotiations:**

The parties attended mediation on January 26, 2021 and have engaged in the early stages of informal settlement negotiations. The mediation was unsuccessful.

**2. Identity of the Person(s) Responsible for Settlement Negotiations:**

 A. For Plaintiff:
  Robert Loree and Cassandra Pruski

 B. For Defendants:
  Michael Ramirez and David Dubois

## 3. Whether Alternative Dispute Resolution is Appropriate in this Case:

The Parties agreed that mediation is the appropriate method of ADR for this case.

## 4. Timing for Alternative Dispute Resolution:

The Parties believed that mediation would provide a forum to attempt meaningful efforts to accomplish resolution of this case, at the appropriate time, and that mediation would be the preferred method of ADR.  The parties submitted to an early mediation with Don Philbin. While this mediation was not successful, the Parties have not foreclosed the possibility of a second mediation in this case.

## 5. Request for Hearing Date

Because mediation was unsuccessful, the Parties request that the Court reschedule its hearing on all pending motions.

Respectfully Submitted:

| | |
|---|---|
| /s/Cassandra Pruski | /s/Michael I. Ramirez |
| **ROBERT W. LOREE** | **MICHAEL I. RAMIREZ** |
| SBN 12579200 | SBN 24008604 |
| rob@lhllawfirm.com | mramirez@mlllaw.com |
| **CASSANDRA PRUSKI** | **DAVID A. DUBOIS** |
| SBN 24083690 | SBN 24098871 |
| cassie@lhllawfirm.com | ddubois@mlllaw.com |
| | |
| *LOREE & LIPSCOMB* | *MCCOY LEAVITT LASKEY, LLC* |
| 777 E. Sonterra Blvd., Suite 3200 | 20726 Stone Oak Parkway, Suite 116 |
| San Antonio, Texas 78258 | San Antonio, Texas 78258 |
| Telephone: (210) 404-1320 | 210-446-2828 |
| Facsimile:  (210) 404-1310 | 210-522-7020 – Facsimile |
| **Counsel for Plaintiffs** | **Counsel for Defendants** |