UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMBERTON APARTMENTS JV, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>ASI LLOYDS and §<br>IAS CLAIMS SERVICES, INC., §<br>§<br>Defendants. § | SA-20-CV-1065-JKP (HJB) |

### ORDER RESETTING
### VIDEO HEARING

Before the Court is Defendants' Motion to Compel Plaintiff's Appointment of Appraiser. (Docket Entry 30.) It is hereby **ORDERED** that Defendants' motion is reset for hearing on **March 24, 2021**, at **2:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. The parties will be contacted by email in advance of the hearing date with further instructions for joining the conference.

If the parties have a different email address for Zoom than the email addresses currently listed on CM/ECF, they need to notify court chambers **on or before March 19, 2021**, at wendy_branham@txwd.uscourts.gov.

**SIGNED** on February 1, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge