UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMBERTON APARTMENTS JV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-20-CV-1065-JKP (HJB) |
| | § | |
| ASI LLOYDS and | § | |
| IAS CLAIMS SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER RESETTING TIME
OF HEARING**

It is hereby **ORDERED** that the time of the hearing on Defendants' Motion to Compel Plaintiff's Appointment of Appraiser (Docket Entry 30), on **March 24, 2021**, is <u>**reset**</u> to **3:30 P.M.**

**SIGNED** on February 12, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge